# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:20-CR-199-SDJ |
| | § | |
| OMAR MARTINEZ-ALCARAZ (1). | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Now before the Court is the request for revocation of Defendant Omar Martinez-Alcaraz's ("Defendant") supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on March 12, 2021, to determine whether Defendant violated his supervised release. Defendant was represented by Dimitri Dube. The Government was represented by Ernest Gonzalez.

Defendant was sentenced on September 25, 2014, before The Honorable Micaela Alvarez of the Southern District of Texas after pleading guilty to the offense of Importing 5 kilograms or more, that is, approximately 9 kilograms of cocaine, a Class A felony. This offense carried a statutory maximum imprisonment term of Life. The guideline imprisonment range, based on a total offense level of 29 and a criminal history category of I, was 87 to 108 months. The Court departed, pursuant to U.S.S.G. § 5K2.0 and 5H1.1, and found the defendant's young age, in connection to his lack of maturity was a factor in the commission of the offense. As such, he was subsequently sentenced to 60 months imprisonment followed by a 3-year term of supervised release subject to the standard conditions of release, plus special conditions to include a $100 special assessment. On April 19, 2019, he completed his period of imprisonment and began service of the supervision term. The case was transferred to the Eastern District of Texas in August 2020 and assigned to The Honorable U.S. District Judge Sean D. Jordan on February 10, 2021.

On March 2, 2021, the U.S. Probation Officer executed a First Amended Petition for Warrant or Summons for Offender Under Supervision [Dkt. 2, Sealed].[1] The Petition asserts that Defendant violated two (2) conditions of supervision, as follows: (1) the defendant shall not commit another federal, state or local crime; and (2) the defendant shall not leave the judicial district without the permission of the Court or probation officer [Dkt. 2 at 1-2, Sealed].

The Petition alleges that Defendant committed the following acts: (1) Defendant committed the offense of Conspiracy to Possess With The Intent To Manufacture and Distribute Cocaine, under Docket No. 4:19-CR-00159-SDJ-KPJ (13), in the Eastern District of Texas. On February 10, 2021, he was sentenced to 120 months imprisonment followed by a 5-year term of supervised release. According to the presentence report prepared for the case noted above, he was arrested by Lewisville, Texas Police Department after the Drug Enforcement Agency (DEA) used a confidential source (CS) to conduct a controlled purchase of cocaine from a co-defendant. The sale was negotiated, and it was agreed they would meet at a Lowe's parking lot in Lewisville, Texas. Officers observed another vehicle arrive at the location and the driver of that vehicle approached the CS. Defendant was in the vehicle. When the vehicle Defendant was in, another vehicle (a Ford F-150), and the CS departed to conduct the transaction at another location, they were stopped by police officers. Officers discovered 14 individually wrapped packages of cocaine inside a duffel bag located in the F-150. The driver of the F-150 advised he was contacted by Defendant to remove three packages of cocaine from the bag and deliver the remaining packages to him and he would be compensated. Defendant signed a Factual Basis wherein he admitted to knowingly and intentionally possessing with the intent to distribute at least 5 kilograms but less than 15 kilograms of cocaine; and (2) on or about July 25, 2019, Defendant traveled outside of the

---

[1] The Petition is titled First Amended Petition; an earlier Petition was filed related to Defendant in another jurisdiction [Dkt. 1]. Jurisdiction was transferred on August 11, 2020 [Dkt. 1].

Northern District of Texas by traveling to the Eastern District of Texas without the permission of the U.S. Probation Officer as evidenced by his arrest on this same date [Dkt. 2 at 1-2, Sealed].

Prior to the Government putting on its case, Defendant entered a plea of true to allegations 1 and 2 of the Petition. Having considered the Petition and the plea of true to allegations 1 and 2, the Court finds that Defendant did violate his conditions of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this Court.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for a term of thirty (30) months, such term of imprisonment to run concurrently with any sentence imposed in Cause No. 4:19-CR-00159, with no term of supervised release to follow in this cause.

The Court also recommends that Defendant be housed in a Bureau of Prisons facility in Texarkana, Texas, if appropriate.

**SIGNED this 5th day of April, 2021.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE